UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

SUSAN NOWLAND,

**Plaintiff,**

v.  Civil No. 08-46-AA

HILL-ROM COMPANY, INC., and
HILLENBRAND INDUSTRIES,

**Defendants.**

# JUDGMENT

This case is transferred to the U. S. District Court for the Southern District of Indiana.

Dated: April 28, 2008.

SHERYL MC CONNELL, CLERK

by:   /s/ Leslie Engdall
      Leslie Engdall, Deputy

**JUDGMENT**   **DOCUMENT NO:** _____